# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134142(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC:  134142
COA:  267663
Monroe CC:  05-034568-FH

TIMOTHY GERARD MOORE,
      Defendant-Appellant.

_____/

      By order of the Court, the motion for reconsideration of this Court's January 24, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317